**FILED**
February 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PETE ANDRE FLORES, )<br>)<br>Defendant. ) | CASE NO. 2:10-mj-00035 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Pete Andre Flores; Case 2:10-mj-00035 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of <u>$50,000.00 co-signed by Gilbert Flores and to the third party custody of Gilbert Flores.</u>

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond secured by Real Property

    \_\_ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Conditions/Supervision.</u>

Issued at <u>Sacramento, CA</u> on <u>2/18/2010</u> at 2:50 pm.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge